PFE/BKE/AJG: MAY 2024
GJ #5

FILED
2024 Apr-26  AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.:** |
| | ) |
| **HARMEL DEANNE CODI,** | ) |
| *also known as "Mel Mason"* | ) |

## INDICTMENT

### COUNT ONE:
**Attempt to Possess with Intent to Distribute Dimethyltryptamine**
**[21 U.S.C. §846, 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 19th day of March 2024 in Shelby County, within the Northern District of Alabama, the defendant,

**HARMEL DEANNE CODI,**
***also known as "Mel Mason,"***

did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, such offense involving a mixture and substance containing a detectable amount of Dimethyltryptamine, more commonly known as "DMT," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

1

and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.


A TRUE BILL


/s/electronic signature
FOREPERSON OF THE GRAND JURY


PRIM F. ESCALONA
United States Attorney


/s/electronic signature
BENJAMIN A. KEOWN, SR.
Assistant United States Attorney


/s/electronic signature
ALLISON GARNETT
Assistant United States Attorney